United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Clinton H Robinson
Carol T Robinson
    Debtors

Case No. 12-21804-sr
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Feb 01, 2017
Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2017.
db/jdb     +Clinton H Robinson, Carol T Robinson, 1301 Pennsford Drive, Downingtown, PA 19335-3678

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13080136     E-mail/Text: bankruptcy.bnc@ditech.com Feb 02 2017 01:49:42     Green Tree Servicing, LLC, P.O. Box 6154, Rapid City, SD 57709-6154, Telephone number: 888-298-7785
                                                                                                            TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2017                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2017 at the address(es) listed below:
        D. TROY SELLARS    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        JEROME B. BLANK    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
        JOSEPH L QUINN    on behalf of Debtor Clinton H Robinson CourtNotices@sjr-law.com
        JOSEPH L QUINN    on behalf of Joint Debtor Carol T Robinson CourtNotices@sjr-law.com
        JOSEPH PATRICK SCHALK    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com, cbrelje@barley.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    GMAC MORTGAGE, LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        MARIO J. HANYON    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
        PETER J. ASHCROFT    on behalf of Creditor    GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORIGINATED BY GMAC MORTGAGE, LLC FLEA GMAC MORTGAGE CORPORATION pashcroft@bernsteinlaw.com, pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com
        PHILLIP D. BERGER    on behalf of Creditor    TD Bank, N.A., successor to Carolina First Bank berger@bergerlawpc.com, kaufmann@bergerlawpc.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        SALVATORE CAROLLO    on behalf of Creditor    Bank of America, N.A. ldoyle@udren.com, cblack@udren.com
        SHERRI J. BRAUNSTEIN    on behalf of Creditor    Bank of America, N.A. sbraunstein@udren.com, vbarber@udren.com
        STEPHEN J ROSS    on behalf of Joint Debtor Carol T Robinson CourtNotices@SJR-Law.com
        STEPHEN J ROSS    on behalf of Debtor Clinton H Robinson CourtNotices@SJR-Law.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                   TOTAL: 17

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 12-21804-sr |
|---|---|
| CLINT and CAROL ROBINSON, | Chapter 13 |
| Debtors, | Doc. No. |

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Proof of Claim **(Doc. # 6-1)** filed by **Green Tree Servicing LLC**;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) **(Claim No. 6-1)** fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1.  This Motion is **GRANTED**.

2.  The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Claim No. 6-1 on the Claims Register forthwith**.

**Green Tree Servicing LLC** shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** February 15, 2017

Dated: February 1, 2017

BY THE COURT:

_____
Hon. Stephen Raslavich
U.S. Bankruptcy Court Judge